# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MATTHEW JAMES GREATHOUSE

NO. 2022 KW 0303

**JUNE 16, 2022**

---

In Re:    Matthew James Greathouse, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 831141, 829488.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling, a complete copy of the bill of information, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT